NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3054

SELINDA B. COSTA,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. DE0752090075-I-2.

ON MOTION

ORDER

Selinda B. Costa moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 15 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Selinda B. Costa
 Jeanne E. Davidson, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 15 2009

JAN HORBALY
CLERK